IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cr-183-MEF |
| | ) | |
| CESAR SIERRA | ) | |

# **O R D E R**

On April 19, 2011, the Magistrate Judge filed a Recommendation (Doc. #53) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The defendant's Motion to Suppress (Doc. #44) is DENIED.

DONE this the 4th day of May, 2011.

                                        /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE